### Hill ag$^t$ Earle

Thomas Hill plaint. ag$^t$ Robert Earle Prison. Keeper Defend$^t$ in an action of debt of five pound nine Shillings in mony due from Joseph Armitage for w$^{ch}$ by Execution upon a judgement of the Commission$^{rs}$ Court s$^d$ Armitage was committed to prison, and by s$^d$ Earle permitted to goe without the presincts of the prison whereby the plaint. is damnified the value abovesaide with all other due damages &c. . . . The Jury . . . found for the Def$^t$ costs of Court allow$^d$ twenty three Shillings.